## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTIAN DANIEL RILLORAZA**                                              **PLAINTIFF**

**v.**                                    **Case No. 4:25-cv-00179-JM**

**LITTLE ROCK POLICE DEPARTMENT,** *et al.*                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 23rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE